IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY HOLLIS and DAVID HOLLIS : | |
| : | |
| v.    : | NO. 02-4605 |
| : | |
| SATARI CORPORATION, MAXXIM : | |
| MEDICAL, INC., FIRST MEDICA : | |
| ASSOCIATION, CRANBERRY (M) SDN-BHD, : | |
| JOHNSON & JOHNSON, SAFESKIN : | |
| CORPORATION, KIMBERLY-CLARK : | IN RE LATEX GLOVES PRODUCTS |
| CORPORATION, ALLEGIANCE : | LIABILITY LITIGATION |
| HEALTHCARE CORPORATION, BAXTER : | NO. 1148 |
| HEALTHCARE CORPORATION, ANSELL : | |
| PERRY, ANSELL PROTECTIVE PRODUCTS, : | |
| INC., SMITH & NEPHEW, INC., and : | |
| BECTON, DICKINSON and COMPANY : | |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

     Kindly enter my appearance for the Defendant SEMPERMED USA in the above captioned matter.

 

                                                  _____
                                                JOAN P. DEPFER, ESQUIRE
                                                KELLY, McLAUGHLIN, FOSTER,
                                                BRACAGLIA, DALY, TRABUCCO &
                                                WHITE, LLP
                                                1617 JFK BLVD., SUITE 350
                                                PHILADELPHIA, PA 19103
                                                (215) 790-7900
                                                I.D.  63022