## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | LATEX GLOVES PRODUCT LIABILITY LITIGATION | ) MDL DOCKET NO.: 1148 <br> ) <br> ) This Document refers to: <br> ) <u>N.Hollis vs. Satari Corp.,et al</u> <br> ) No. 02 CV 4605 |

### MOTION TO WITHDRAW

**COMES NOW**, D. Neil Harris, attorney for Plaintiff and files this his Motion to Withdraw and would show, to-wit:

Attorney would state that he cannot adequately represent his client due to personal reasons that will be disclosed to the Court in the event a hearing is necessary.

**WHEREFORE, PREMISES CONSIDERED,** D. Neil Harris, hereby moves this Court to be allowed to withdraw as attorney of record.

Respectfully submitted,

_____
D. NEIL HARRIS,
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I, D. Neil Harris, do hereby certify that I have this day mailed by United States mail, postage prepaid, a true and correct copy of the foregoing to:

Plaintiffs' Steering Committee
Latex Multi-District Litigation
1811 Chestnut Street, Ste. 105
Philadelphia, PA 19103
(Document Repository)

Alan L. Unikel, Esquire
Seyfarth Shaw
55 E. Monroe St., Ste. 4200
Chicago, Illinois 60603-5803
(Defendants' Liaison Counsel/Counsel for Allegiance Healthcare Corp.; Baxter Healthcare Corp.)

David S. Shrager, Esquire
Shrager Spivey Sachs & Weinstock
Two Commerce Square, 32nd Floor
2001 Market St.
Philadelphia, PA 19103
(Plaintiffs' Steering Committee)

James A. Willhite, Jr., Esquire
Montgomery, McCracken, Walker & Rhodes
123 South Broad St.
Philadelphia, PA 19109
(Defendants' Liaison Counsel/Counsel for Allegiance Healthcare Corp.; Baxter Healthcare Corp.)

Diane M. Nast, Esquire
Roda & Nast, P.C.
801 Estelle Dr.
Lancaster, PA 17601
(Plaintiffs' Steering Committee)

Steve M. Pharr, Esquire
Pharr & Boynton, PLLC
627 Coliseum Dr.
Winston-Salem, NC 27106
(Counsel for Satari Corp.)

Ralph Knowles, Esquire
Doffermyre, Shield, Canfield,
Knowles & Devine
1355 Peachtree St., N.E., Ste. 1600
Atlanta, GA 30309-3269
(Plaintiffs' Steering Committee)

Barry M. Epstein, Esquire
Beth S. Rose, Esquire
Sills Cummis Radin Tischman Epstein & Gross
1 Riverfront Plaza, Floor 10A
Newark, New Jersey 07102-5400
(Counsel for Becton Dickinson and Co., n/k/a Maxxim Medical, Inc.)

Gerald D. Wixted, Esquire
Smith, Stratton, Wise, Heher
 & Brennan
600 College Road East
Princeton, NJ 08540
(Counsel for Cranberry (M) Sdn.Bhd)

Mark M. Jones, Esquire
Wilson, Elser, Moskowitz, Edelman
 & Dicker, LLP
The Colorado Building
1341 G. Street, N.W., Ste. 500
Washington, D.C. 20005-3105
(Counsel for Health Industry Manu. Assoc.)

Frank A. Wood, Jr., Esquire
Watkins & Eager
400 East Capital, Ste. 400
Jackson, MS 39201
(Local Counsel for Johnson & Johnson; Johnson & Johnson Medical)

John W. Dornberger, Esquire
Post & Schell, P.C.
240 Grandview Ave.
Camp Hill, PA 17011
(Counsel for Patterson Dental Company)

Jeffrey Singer, Esquire
Robert O'Malley, Esquire
Segal McCambridge Singer &
 Mahoney, Ltd.
One IBM Plaza, Ste. 200
330 North Wabash
Chicago, IL 60611
(Counsel for Safeskin Corp.)

Richard Michael Duffy, Esquire
Gardner Carton & Douglas
Quaker Tower, Ste. 3400
321 North Clark St.
Chicago, IL 60610-4795
(Counsel for Ansell Perry)

John Dames, Esquire
David B. Sudzus, Esquire
Lara C. Otsuka, Esquire
Kelley Drye & Warren, LLP
303 West Madison, Ste. 1400
Chicago, Illinois 60606
(Counsel for Johnson & Johnson)

Kimberly N. Howland, Esquire
George Q. Evans, Esquire
Wise, Carter Child & Caraway
P. O. Box 651
Jackson, MS 39205-0651
(Counsel for Smith & Newphew)

| | |
|---|---|
| Roy C. Williams, Esquire<br>Colingo, Williams, Heidelberg<br>  Steinberger & McElhaney, P.A.<br>P. O. Box 1407<br>Pascagoula, MS 39568-1407<br>(Counsel for Allegiance Healthcare Corp. and Baxter Healthcare Corp.) | J. Robert Ramsay, Esquire<br>Matthew D. Miller, Esquire,<br>Bryant, Clark Dukes, Blakeslee,<br>  Ramsay & Hammond, PLLC<br>P. O. Box 16567<br>Hattiesburg, MS 39404<br>(counsel for Target Medical, Inc.) |
| Neville H. Boschert, Esquire<br>Scott B. Hollis, Esquire<br>Watkins, Ludlam, Winter & Stennis, P.A.<br>P. O. Box 427<br>Jackson, MS 39205-0427<br>(Counsel for Ansell-Perry and Ansell Protective Products, Inc.) | William M. Rainey, Esquire<br>Franke, Rainey & Salloum, PLLC<br>P. O. Drawer 460<br>Gulfport, MS 39502<br>(Counsel for First Medica Association) |
| Donald R. Peterson, Esquire<br>Peterson Johnson & Murray, S.C.<br>733 North Van Buren St., 6th FL<br>Milwaukee, WI 53202-4767<br>(Counsel for Smith & Nephew, Inc.) | Luis A. Berrones, Esquire<br>Gardner, Carton & Douglas<br>321 North Clark St., Ste. 3400<br>Chicago, Illinois 60610-4795<br>(Counel for Ansell Healthcare Products, Inc.) |

This the _____ day of _____, 2002.

_____
D. NEIL HARRIS

D. Neil Harris (MS Bar#: 2019)
R. Allen Smith, Jr. (MS Bar#: 99984)
D. Neil Harris & Associates, P.A.
2909 Magnolia Street
P. O. Box 306
Pascagoula, MS 39568-0306
Telephone: (228) 769-2889
Facsimile: (228) 769-2893