IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     LATEX GLOVES PRODUCT     ) MDL DOCKET NO.: 1148
             LIABILITY LITIGATION             )
                                                     ) This Document refers to:
                                                       ) <u>Hollis v. Satari Corp.,et al</u>
                                                       ) No. 02 CV 4605

**MOTION TO WITHDRAW AND ENTRY OF APPEARANCE**

COMES NOW, D. Neil Harris, attorney for the Plaintiff and having filed his Motion to Withdraw on or about January 2, 2003 files this Motion to Withdraw with an Entry of Appearance by new counsel, R. Allen Smith, Jr. and Thomas A. Waller, on behalf of the Eaves Law Firm.

WHEREFORE, PREMISES CONSIDERED, D. Neil Harris, Sr., prays that he be allowed to withdraw as counsel for the Plaintiff and that R. Allen Smith, Jr. and Thomas A. Waller , on behalf of the Eaves Law Firm, be substituted as counsel for Plaintiff in the above styled action.

Respectfully submitted, this the _____ day of _____, 2003.

                                                          WITHDRAWING COUNSEL

                                                          _____
                                                          D. NEIL HARRIS

Entering their appearance this the ____ day of _____, 2003.

_____
                                                          R. ALLEN SMITH, JR.
                                                          Substituting Counsel

_____
                                                          THOMAS A. WALLER
                                                          On Behalf of Eaves Law Firm
                                                           Substituting Counsel

Withdrawing Counsel:
D. Neil Harris (MS Bar# 2019)
D. Neil Harris & Associates, P.A.
P. O. Box 306
Pascagoula, MS 39568-0306
Telephone: (228) 769-2889
Facsimile: (228) 769-2893


Substituting Counsel:
R. Allen Smith, Jr. (MS Bar# 99984)
P. O. Drawer 6829
Gulfport, MS 39506
Telephone: (228) 863-3000
Facsimile: (228) 864-0907

Thomas A. Waller (MS Bar# 9767)
Eaves Law Firm
109 North State St.
Jackson, MS 39201
Telephone: (601) 355-7770
Facsimile: (601) 355-7776

## CERTIFICATE OF SERVICE

I, D. Neil Harris, do hereby certify that I have this day mailed by United States mail, postage prepaid, a true and correct copy of the foregoing to:

Plaintiffs' Steering Committee
Latex Multi-District Litigation
1811 Chestnut Street, Ste. 105
Philadelphia, PA 19103
(Document Repository)

Alan L. Unikel, Esquire
Seyfarth Shaw
55 E. Monroe St., Ste. 4200
Chicago, Illinois 60603-5803
(Defendants' Liaison Counsel/Counsel for Allegiance Healthcare Corp.; Baxter Healthcare Corp.)

David S. Shrager, Esquire
Shrager Spivey Sachs & Weinstock
Two Commerce Square, 32nd Floor
2001 Market St.
Philadelphia, PA 19103
(Plaintiffs' Steering Committee)

James A. Willhite, Jr., Esquire
Montgomery, McCracken, Walker & Rhodes
123 South Broad St.
Philadelphia, PA 19109
(Defendants' Liaison Counsel/Counsel for Allegiance Healthcare Corp.; Baxter Healthcare Corp.)

Diane M. Nast, Esquire
Roda & Nast, P.C.
801 Estelle Dr.
Lancaster, PA 17601
(Plaintiffs' Steering Committee)

Steve M. Pharr, Esquire
Pharr & Boynton, PLLC
627 Coliseum Dr.
Winston-Salem, NC 27106
(Counsel for Satari Corp.)

Ralph Knowles, Esquire
Doffermyre, Shield, Canfield,
Knowles & Devine
1355 Peachtree St., N.E., Ste. 1600
Atlanta, GA 30309-3269
(Plaintiffs' Steering Committee)

Barry M. Epstein, Esquire
Beth S. Rose, Esquire
Sills Cummis Radin Tischman Epstein & Gross
1 Riverfront Plaza, Floor 10A
Newark, New Jersey 07102-5400
(Counsel for Becton Dickinson and Co., n/k/a Maxxim Medical, Inc.)

Gerald D. Wixted, Esquire
Smith, Stratton, Wise, Heher
 & Brennan
600 College Road East
Princeton, NJ 08540
(Counsel for Cranberry (M) Sdn.Bhd)

Mark M. Jones, Esquire
Wilson, Elser, Moskowitz, Edelman
 & Dicker, LLP
The Colorado Building
1341 G. Street, N.W., Ste. 500
Washington, D.C. 20005-3105
(Counsel for Health Industry Manu. Assoc.)

Frank A. Wood, Jr., Esquire
Watkins & Eager
400 East Capital, Ste. 400
Jackson, MS 39201
(Local Counsel for Johnson & Johnson; Johnson & Johnson Medical)

John W. Dornberger, Esquire
Post & Schell, P.C.
240 Grandview Ave.
Camp Hill, PA 17011
(Counsel for Patterson Dental Company)

| | |
|---|---|
| Jeffrey Singer, Esquire<br>Robert O'Malley, Esquire<br>Segal McCambridge Singer &<br> Mahoney, Ltd.<br>One IBM Plaza, Ste. 200<br>330 North Wabash<br>Chicago, IL 60611<br>(Counsel for Safeskin Corp.) | Richard Michael Duffy, Esquire<br>Gardner Carton & Douglas<br>Quaker Tower, Ste. 3400<br>321 North Clark St.<br>Chicago, IL 60610-4795<br>(Counsel for Ansell Perry) |
| John Dames, Esquire<br>David B. Sudzus, Esquire<br>Lara C. Otsuka, Esquire<br>Kelley Drye & Warren, LLP<br>303 West Madison, Ste. 1400<br>Chicago, Illinois 60606<br>(Counsel for Johnson & Johnson) | Kimberly N. Howland, Esquire<br>George Q. Evans, Esquire<br>Wise, Carter Child & Caraway<br>P. O. Box 651<br>Jackson, MS 39205-0651<br>(Counsel for Smith & Newphew) |
| Roy C. Williams, Esquire<br>Colingo, Williams, Heidelberg<br> Steinberger & McElhaney, P.A.<br>P. O. Box 1407<br>Pascagoula, MS 39568-1407<br>(Counsel for Allegiance Healthcare Corp. and Baxter Healthcare Corp.) | J. Robert Ramsay, Esquire<br>Matthew D. Miller, Esquire,<br>Bryant, Clark Dukes, Blakeslee,<br> Ramsay & Hammond, PLLC<br>P. O. Box 16567<br>Hattiesburg, MS 39404<br>(counsel for Target Medical, Inc.) |
| Neville H. Boschert, Esquire<br>Scott B. Hollis, Esquire<br>Watkins, Ludlam, Winter & Stennis, P.A.<br>P. O. Box 427<br>Jackson, MS 39205-0427<br>(Counsel for Ansell-Perry and Ansell Protective Products, Inc.) | William M. Rainey, Esquire<br>Franke, Rainey & Salloum, PLLC<br>P. O. Drawer 460<br>Gulfport, MS 39502<br>(Counsel for First Medica Association) |
| Donald R. Peterson, Esquire<br>Peterson Johnson & Murray, S.C.<br>733 North Van Buren St., 6th FL<br>Milwaukee, WI 53202-4767<br>(Counsel for Smith & Nephew, Inc.) | Luis A. Berrones, Esquire<br>Gardner, Carton & Douglas<br>321 North Clark St., Ste. 3400<br>Chicago, Illinois 60610-4795<br>(Counel for Ansell Healthcare Products, Inc.) |

This the _____ day of _____, 2003.

_____   D. NEIL HARRIS